James H.M. Sprayregen, P.C.
Christopher J. Marcus
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -

Marc J. Carmel
Sienna R. Singer
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Counsel to the Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DBSD NORTH AMERICA, INC., *et al.*,[1] | Case No. 09-13061 (REG) |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF MODIFIED ENGAGEMENT LETTER IN
CONNECTION WITH THE APPLICATION TO RETAIN
JEFFERIES & COMPANY, INC. AS INVESTMENT BANKER AND
FINANCIAL ADVISOR *NUNC PRO TUNC* TO THE PETITION DATE**

PLEASE TAKE NOTICE that the Debtors intend to present the Debtors' Application for

Entry of an Order Authorizing the Employment and Retention of Jefferies & Company, Inc. as

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: DBSD North America, Inc. (6404); 3421554 Canada Inc. (4288); DBSD Satellite Management, LLC (3242); DBSD Satellite North America Limited (6400); DBSD Satellite Services G.P. (0437); DBSD Satellite Services Limited (8189); DBSD Services Limited (0168); New DBSD Satellite Services G.P. (4044); and SSG UK Limited (6399). The service address for each of the Debtors is 11700 Plaza America Drive, Suite 1010, Reston, Virginia 20190.

Investment Banker and Financial Advisor *Nunc Pro Tunc* to the Petition Date (the "**Jefferies Retention Application**") at the hearing on July 14, 2009 at 2:00 pm prevailing Eastern Time.

PLEASE TAKE FURTHER NOTICE that attached hereto as <u>Exhibit A</u> is a copy of the Second Amended and Restated Engagement Letter and attached hereto as <u>Exhibit B</u> is a blackline comparing the Second Amended and Restated Engagement Letter against the Amended and Restated Engagement Letter attached to Jefferies Retention Application filed on May 21, 2009 [Docket No. 38].

| | |
|---|---|
| New York, New York<br>Dated: July 9, 2009 | /s/ *Marc J. Carmel*<br>James H.M. Sprayregen, P.C.<br>Christopher J. Marcus<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>- and -<br><br>Marc J. Carmel<br>Sienna R. Singer<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>Counsel to the Debtors<br>and Debtors in Possession |