**K&L GATES LLP**
John H. Culver III
Felton E. Parrish
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, North Carolina 28202
Telephone: (704) 331-7400
Fax: (704) 331-7598

*Counsel to Sprint Nextel Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                            :
**In re**                                                   :   Chapter 11
                                                            :
**DBSD NORTH AMERICA, INC.,** *et al.,*[1]                  :   Case No. 09-13061 (REG)
                                                            :
                    Debtors.                                :   (Jointly Administered)
                                                            :
---------------------------------------------------------------x
                                                            :
**SPRINT NEXTEL CORPORATION,**                              :
                                                            :
                    Appellants,                             :   ___ Civ. ____ (___)
                                                            :
         -Against-                                          :
                                                            :
**DBSD NORTH AMERICA, INC.,** *et al.,*                     :
                                                            :
                    Appellees.                              :
---------------------------------------------------------------x

**NOTICE OF APPEAL**

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: DBSD North America, Inc. (6404); 3421554 Canada Inc. (6404); DBSD Satellite Management, LLC (3242); DBSD Satellite North America Limited (6400); DBSD Satellite Services G.P. (0437); DBSD Satellite Services Limited (8189); DBSD Services Limited (0168); New DBSD Satellite Services G.P. (4044); and SSG UK Limited (6399). The service address for each of the Debtors is 11700 Plaza America Drive, Suite 1010, Reston, Virginia 20190.

1

Sprint Nextel Corporation, a creditor in the above-referenced jointly administered bankruptcy cases, hereby appeals to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a) and Rules 8001(a) and 8002(a) of the Federal Rules of Bankruptcy Procedure, from the following order of the Bankruptcy Court:

> Bench Decision on Debtors' Objection To Proofs Of Claim Filed
> By Sprint Nextel Corporation entered on September 30, 2009
> (Docket No. 434)

The parties to the order appealed from and the names and addresses of their respective attorneys, are as follows:

| **Debtors and Debtors in Possession** | **Official Committee of Unsecured Creditors** |
|---|---|
| KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York 10022-4611<br>By: James H.M. Sprayregen, P.C., Esq.<br>Christopher J. Marcus, Esq.<br><br>-and-<br><br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>By: Marc J. Carmel, Esq.<br>Sienna R. Singer, Esq.<br><br>*Attorneys for the Debtors and Debtors in Possession* | NEIGER LLP<br>111 John Street, Suite 800<br>New York, New York 10038<br>By: Edward E. Neiger, Esq.<br>Karl Schaffer, Esq.<br>Mark Taub, Esq.<br><br>*Conflicts Counsel to the Official Committee of Unsecured Creditor* |

**Federal Communications Commission**

PREET BHARARA
*United States Attorney for the*
*Southern District of New York*
86 Chambers Street
New York, New York 10007
By: Benjamin H. Torrance, Esq.

*Counsel to the Federal Communications*
*Commission*


Dated: October 9, 2009
　　　　New York, New York


　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　K&L GATES LLP

　　　　　　　　　　　　　　　　　　　　/s/  Eric Moser
　　　　　　　　　　　　　　　　　　　　Eric Moser
　　　　　　　　　　　　　　　　　　　　599 Lexington Avenue
　　　　　　　　　　　　　　　　　　　　New York, New York  10022-6030
　　　　　　　　　　　　　　　　　　　　Telephone:  (212) 536-3900
　　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 536-3901
　　　　　　　　　　　　　　　　　　　　Eric.Moser@klgates.com

　　　　　　　　　　　　　　　　　　　　*and*

　　　　　　　　　　　　　　　　　　　　John H. Culver III
　　　　　　　　　　　　　　　　　　　　Felton E. Parrish
　　　　　　　　　　　　　　　　　　　　K&L Gates LLP
　　　　　　　　　　　　　　　　　　　　Hearst Tower, 47th Floor
　　　　　　　　　　　　　　　　　　　　214 North Tryon Street
　　　　　　　　　　　　　　　　　　　　Charlotte, North Carolina  28282
　　　　　　　　　　　　　　　　　　　　Telephone:  (704) 331-7400
　　　　　　　　　　　　　　　　　　　　Fax:  (704) 331-7598
　　　　　　　　　　　　　　　　　　　　John.Culver@klgates.com
　　　　　　　　　　　　　　　　　　　　Felton.Parrish@klgates.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Sprint Nextel Corporation*

4846-3442-6628.03