**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DBSD NORTH AMERICA, INC., *et al.*,[1] | ) ) ) | Case No. 09-13061 (REG) |
| Debtors. | ) ) ) | Jointly Administered |

## ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIOD PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE

Upon the motion (the "**Motion**") of the above-captioned debtors (the "**Debtors**") for the entry of an order (this "**Order**") extending the exclusive period during which the Debtors may solicit plan acceptances pursuant to section 1121(d) of title 11 of the United States Code (the "**Bankruptcy Code**") to October 7, 2010 (the "**Exclusive Period**"); it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before this court pursuant to 28 U.S.C. §§ 1408 and 1409; notice of the Motion having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: DBSD North America, Inc. (6404); 3421554 Canada Inc. (4288); DBSD Satellite Management, LLC (3242); DBSD Satellite North America Limited (6400); DBSD Satellite Services G.P. (0437); DBSD Satellite Services Limited (8189); DBSD Services Limited (0168); New DBSD Satellite Services G.P. (4044); and SSG UK Limited (6399). The service address for each of the Debtors is 11700 Plaza America Drive, Suite 1010, Reston, Virginia 20190.

1. The Motion is granted to the extent set forth herein.

2. The Debtors' Exclusive Period is extended until the earlier of (a) October 7, 2010 and (b) 45 days after the first to occur of the following events: (i) the FCC denies the FCC applications; and (ii) the Second Circuit vacates or reverses the Confirmation Order.[2]

3. This Order is without prejudice to (a) the Debtors' ability to seek further extensions of their Exclusive Period in accordance with section 1121(d) of the Bankruptcy Code or parties' rights to oppose the same or (b) parties' rights to move to shorten the period or to oppose the same.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

New York, New York
Dated: ***June 8, 2010***

                                              *s/ **Robert E. Gerber***
                                              United States Bankruptcy Judge

---

[2] See Findings of Fact, Conclusions of Law, and Order Confirming Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 547] (the "**Confirmation Order**").

K&E 16933071