James H.M. Sprayregen, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -

Marc J. Carmel
Lauren M. Hawkins
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Counsel to the Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DBSD NORTH AMERICA, INC., *et al.*,[1] | ) | Case No. 09-13061 (REG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF FILING OF DEBTORS'
## FOURTH POSTCONFIRMATION STATUS REPORT

PLEASE TAKE NOTICE that on November 23, 2009, the Court entered the

Postconfirmation Order and Notice (the "**Postconfirmation Order**") requiring the

above-captioned debtors (collectively, the "**Debtors**") to make periodic status reports detailing

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax
identification number, are: DBSD North America, Inc. (6404); 3421554 Canada Inc. (4288); DBSD Satellite
Management, LLC (3242); DBSD Satellite North America Limited (6400); DBSD Satellite Services G.P.
(0437); DBSD Satellite Services Limited (8189); DBSD Services Limited (0168); New DBSD Satellite
Services G.P. (4044); and SSG UK Limited (6399). The service address for each of the Debtors is 11700 Plaza
America Drive, Suite 1010, Reston, Virginia 20190.

the progress made toward consummation of the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE that pursuant to the Postconfirmation Order, on January 7, 2010, the Debtors filed their First Postconfirmation Status Report in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**").

PLEASE TAKE FURTHER NOTICE that pursuant to the Postconfirmation Order, on April 14, 2010, the Debtors filed their Second Postconfirmation Status Report in the Chapter 11 Cases.

PLEASE TAKE FURTHER NOTICE that pursuant to the Postconfirmation Order, on July 14, 2010, the Debtors filed their Third Postconfirmation Status Report in the Chapter 11 Cases.

PLEASE TAKE FURTHER NOTICE that pursuant to the Postconfirmation Order, on October 13, 2010, the Debtors filed their Fourth Postconfirmation Status Report (the "**Status Report**," attached hereto as **Exhibit A**) in the Chapter 11 Cases.

PLEASE TAKE FURTHER NOTICE that the Debtors have provided notice of the Status Report to: (a) the Office of the United States Trustee for the Southern District of New York; (b) counsel to the official committee of unsecured creditors appointed pursuant to section 1102 of title 11 of the United States Code; (c) counsel to DISH Network Corporation; (d) counsel to the ad hoc committee of secured noteholders; (e) the Internal Revenue Service; (f) the Securities and Exchange Commission; and (g) the parties in interest who have formally requested notice by filing a written request for notice, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York.

K&E 17848251.6

New York, New York  
Dated: October 13, 2010

_/s/ Marc J. Carmel_
_____

James H.M. Sprayregen, P.C.  
KIRKLAND & ELLIS LLP  
601 Lexington Avenue  
New York, New York  10022-4611  
Telephone:     (212) 446-4800  
Facsimile:      (212) 446-4900

\- and -

Marc J. Carmel  
Lauren M. Hawkins  
KIRKLAND & ELLIS LLP  
300 North LaSalle  
Chicago, Illinois  60654  
Telephone:     (312) 862-2000  
Facsimile:      (312) 862-2200

Counsel to the Debtors and Debtors in Possession

K&E 17848251.6